**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6409**

---

In Re: AARON LAMONT BARNES,

                                                  Petitioner.

---

On Petition for Writ of Mandamus.  (CA-98-703-AM)

---

Submitted:  May 10, 2000                 Decided:  June 5, 2000

---

Before MICHAEL and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Aaron Lamont Barnes, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aaron Lamont Barnes filed a petition for a writ of mandamus directing this court to restore his right to file a certificate of appealability and to "give him appropriate disposition of his 'Motion for 59(e) Relief pursuant to Fed. R. Civ. Pro.'" with respect to his 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999) petition. The district court denied relief on Barnes' § 2254 petition, and this court denied a certificate of appealability and dismissed Barnes' appeal. This court also denied Barnes' petition for rehearing, and Barnes has filed a petition for a writ of certiorari.

In this mandamus petition, Barnes failed to establish that he has a clear right to the relief sought. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus relief may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Because Barnes essentially seeks another appeal of the district court's denial of his § 2254 petition and his Rule 59(e) motion, we grant leave to proceed in forma pauperis and deny his petition for a writ of mandamus and his amended petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2